**SEALED**

FILED
November 16, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:＿＿＿MR＿＿＿
　　　　　　　　　Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Case No: SA:22-CR-00612-XR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>(1) JOHN MICHAEL SANCHEZ<br>(2) CARLOS ALVIDREZ<br>　　　　　Defendants | **INDICTMENT**<br><br>**Count 1:** 21 U.S.C. §§846, 841(b)(1)(A) Conspiracy to Possess 400 grams or more of a mixture containing fentanyl<br>**Count 2:** 21 U.S.C. §841(b)(1)(A) and 18 U.S.C. § 2, Possession with Intent to Distribute 400 grams or more of a mixture containing fentanyl and Aiding & Abetting. |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)]**

That on or about September 27, 2022, in the Western District of Texas, Defendants,

**JOHN MICHAEL SANCHEZ (1) and,
CARLOS ALVIDREZ (2),**

combined, conspired, confederated and agreed, together and with others, to unlawfully, knowingly, and intentionally possess with intent to distribute controlled substances, which offense involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

1

## COUNT TWO
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about September 27, 2022, in the Western District of Texas, Defendants,

**JOHN MICHAEL SANCHEZ (1) and,**
**CARLOS ALVIDREZ (2),**

Aided and abetted by each other, did unlawfully, knowingly, and intentionally possess with intent to distribute controlled substances, which offense involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.



FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
United States Attorney

BY:  _____
FOR MATTHEW LATHROP
Assistant United States Attorney